IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| IN RE: | * | CASE NUMBER: 07-07675 ESL |
| ROBERTO REDONDO RODRIGUEZ | * | |
| AIDA L. FIGUEROA CARRASQUILLO | * | CHAPTER 13 |
|   Debtor(s) | * | INDEX |
| | * | (X) OF ACTS AGAINTS PROPERTY |
| | * |     UNDER 11 USC S 362 (D)(1) |
| DORAL BANK | * | |
| | * | |
|   Movant | * | "CAUSE" |
| vs. | * | |
| ROBERTO REDONDO RODRIGUEZ | * | |
| AIDA L. FIGUEROA CARRASQUILLO | * | |
| AND JOSE R. CARRION, ESQ | * | |
|   As Debtor's Chapter 13 | * | |
|     Trustee | * | |
| | * | |
|   Respondent(s) | * | |

*******************************

## REPLY TO MOTION TO LIFT STAY FILED BY DORAL BANK

**TO THE HONORABLE COURT:**

**COMES** now Debtor(s) represented by the undersigned counsel and respectfully Allege(s) and Pray(s) as follows:

1. That on July 15th, 2010, Doral Bank, filed a Motion for Relief of Stay due to debtor's alleged post petition arrears of the mortgage payments.

2. Debtor(s) is making arrangements to cure the arrears on or around the 362 hearing.

**WHEREFORE** it is respectfully requested from this Honorable Court that the index be denied.

In San Juan, Puerto Rico, this 2ND of August, 2010.

**I HEREBY CERTIFY**: That I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Chapter 13 Trustee **Alejandro Oliveras, Esq.**, US Trustee **Monsita Lecaroz Arribas and attorney for creditor Vanessa M. Torres Quiñones** and I hereby certify that I have mailed by regular mail to all creditors listed on the Master Address List.

**RESPECTFULLY SUBMITTED.**

/s/ Marilyn Valdes Ortega
**MARILYN VALDES ORTEGA**
USDC PR 214711
P.O. Box 19559
San Juan, PR 00919-5596
Tel. (787) 758-4400
Fax. (787) 763-0144
E-mail valdeslaw@prtc.net

REDONDO RODRIGUEZ, ROBERTO
CALLE DUCADO #82
URB. ESTANCIA DE LA FUENTE
TOA ALTA, PR 00953

DORAL FINANCIAL CORPORATION
PO BOX 71529
SAN JUAN, PR 00936-8629

FIGUEROA CARRASQUILLO, AIDA LUZ
CALLE DUCADO #82
URB. ESTANCIAS DE LA FUENTE
TOA ALTA, PR 00953

FEDERAL LITIGATION DEPT OF JUSTICE
PO BOX 9020192
SAN JUAN, PR 00902-0192

Marilyn Valdes Ortega Law Offices
PO BOX 19596
SAN JUAN, PR 00919-5596

INTERNAL REVENUE SERVICE
MERCANTIL PLAZA BLDG, ROOM 1014
2 PONCE DE LEON AVE. STOP 27 1/2
SAN JUAN, PR 00918-1693

AMERICAN EXPRESS
PO BOX 29-7879
FT LAUDERDALE, FL 33329-1609

MBN AMERICA
PO BOX 15102
WILMINGTON, DE 19886-5102

AXIS NATIONAL BANK
PO BOX 2900
ST CLOUD, MN 56395-2900

POPULAR AUTO
PO BOX 366818
SAN JUAN, PR 00936-6818

BANCO POPULAR DE PR
PO BOX 70100
SAN JUAN, PR 00936-8100

SEARS
PO BOX 105491
ATLANTA, GA 30348-5491

CITIBANK , NA
PO BOX 70163
SAN JUAN, PR 00936

CLARO
PO BOX 360998
SAN JUAN, PR 00936

DEPARTAMENTO DEL TRABAJO
AVE. MUÑOZ RIVERA 505
HATO REY, PR 00918

DEPARTMENT OF TREASURY
BANKRUPTCY SECTION (424-B)
PO BOX 9024140
SAN JUAN, PR 00902-4140